**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Hydrochem LLC, Kyle Leng and John Britton v. Evoqua Water
                         Technologies, LLC

Appellate case number:   01-19-00770-CV

Trial court case number:  2019-23641

Trial court:             151st District Court of Harris County

Hydrochem, LLC, Kyle Leng, and John Britton moved for rehearing of the panel opinion issued December 31, 2020. The motion is DENIED. All pending motions are denied as moot.

It is so ORDERED.

Judge's signature: /s/ Sarah Beth Landau_____
                    ☐ Acting individually    ☑ Acting for the Court

Panel consists of Justices Landau, Hightower, and Rivas-Molloy.

Date: February 10, 2022